UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REMEMA, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-1125 JLS (BGS)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>(ECF No. 7) |

Presently before the Court is the Plaintiff Karel Spikes and Defendants Remema Inc., dba Maaco San Diego, and 5670 Kearny Villa Rd, LLC's Notice of Dismissal ("Not.," ECF No. 7). Having reached a settlement, the parties request that the Court dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Id.* at 1. Good cause appearing, the Court **APPROVES** the Notice. As agreed by the parties, this action is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk of the Court **SHALL CLOSE** the file.

　　　　**IT IS SO ORDERED.**

Dated: November 6, 2018

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge